ACCEPTED
03-14-00698-CV
5779003
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 8:56:42 AM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-14-00698-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 8:56:42 AM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS IN AUSTIN, TEXAS

_____

SHAMARK SMITH LIMITED PARTNERSHIP, ET AL.,

Appellants,

v.

MARTIN LONGORIA,

Appellee.

_____

On appeal from the 20th Judicial District Court of Milam County, Texas

_____

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

_____

Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Shamark Smith Limited Partnership, Sharon D. Marcus, and Paul J. Smith file this First Unopposed Motion for Extension of Time to File Appellants' Reply Brief.

The trial court in this case entered judgment on August 15, 2014. The Appellee's Brief was filed on June 5, 2015. The Appellants' Reply Brief is due to be filed on June 25, 2015. While there have been previous extensions of time granted, this is the first request for an extension of time to file the Appellants' Reply Brief.

Due to intervening deadlines in other matters, there will not be sufficient time to complete the Appellants' Reply Brief. Therefore, Appellants request that the deadline for the Reply Brief be extended from June 25, 2015 to **July 27, 2015**. This motion is filed not for delay but so that justice can be done.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, James David Walker, and he is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

3

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record by email on June 23, 2015 as follows:

James David Walker
P.O. Box 41
Milano, Texas 76556
(512) 636-9520
(512) 455-7992 (fax)
walker@2appeal.com

ATTORNEY FOR MARTIN M. LONGORIA

/s/ Tracy J. Willi
Tracy J. Willi